# Court of Appeals
# of the State of Georgia

ATLANTA, May 18, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1647. JAMES P. SLETTELAND v. CLAUDIA DE ARAUJO VIANNA.

On December 2, 2016, the trial court issued a final order directing James P. Sletteland to pay $1050.00 per month in child support. Sletteland, proceeding pro se, filed a notice of appeal on January 5, 2017. Sletteland also filed an application for discretionary appeal, which we denied. Case No. A17D0230 (denied Jan. 30, 2017). We lack jurisdiction for a number of reasons.

First, Sletteland does not have a right to direct appeal. Because the order Sletteland seeks to appeal involves child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012). Appeals in such matters must be taken by application for discretionary appeal. See *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Sletteland's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider an appeal from that order. Id.

Second, Sletteland previously filed a discretionary application challenging the child support order. That application was denied. Because the denial of Sletteland's application constitutes an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007).

Finally, even if Sletteland did have a right to directly appeal the child support order, his appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of

a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Sletteland's notice of appeal was filed 34 days after entry of the final order, this appeal is untimely.

For these reasons, Sletteland's direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   05/18/2017          *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*